UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 12-cr-00312 |
| MIKAY TEJADA and JORGE VILLASANO | : | <u>ORDER FOR CONTINUANCE</u> |

  This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Rodney Villazor, Assistant U.S. Attorney, appearing), and defendant MIKAY TEJADA (Jeremias Batista, Esq., appearing) and defendant JORGE VILLASANO (Thomas Stanley, Esq. appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that each has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as each defendant has consented to such a continuance, and for good and sufficient cause shown,

  IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

  (1) The discovery involves a substantial volume of cocaine and a number of witnesses, and defense counsel requires

adequate time to review the test results and review the discovery;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 31 day of May, 2012,

ORDERED that this action be, and hereby is, continued until August 6, 2012; and it is further

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at a case management conference; and it is further

ORDERED that the period from the date of this order through August 6, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

_____
Rodney C. Villazor
Assistant U.S. Attorney


_____
Jeremias Batista, Esq.
Counsel for defendant MIKAY TEJEDA


_____
Thomas Stanley, Esq.
Counsel for defendant JORGE VILLASANO

Form and entry
consented to:

_____
Rodney C. Villazor
Assistant U.S. Attorney

_____
Jeremias Batista, Esq.
Counsel for defendant MIKAY TEJEDA

_____
Thomas Stanley, Esq.
Counsel for defendant JORGE VILLASANO